No. 73–5053. SCARPA *v.* UNITED STATES BOARD OF PAROLE ET AL. C. A. 5th Cir. Motion to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for consideration of question of mootness. MR. JUSTICE DOUGLAS dissents.

No. A–106. RAYMOND *v.* GUNN, WARDEN. Application for writ of habeas corpus presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–230. LYNN, SECRETARY OF HOUSING AND URBAN DEVELOPMENT *v.* PENNSYLVANIA ET AL. Motion to vacate stay of judgment of the District Court for the District of Columbia pending appeal to the Court of Appeals for the District of Columbia Circuit, entered by THE CHIEF JUSTICE on August 29, 1973, or in the alternative for an order for applicant to file a petition for writ of certiorari before judgment, denied. MR. JUSTICE DOUGLAS would vacate stay.

No. A–288. BURNS, ACTING COMMISSIONER, IOWA DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* ALCALA ET AL. D. C. S. D. Iowa. Application for stay of judgment presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted pending final disposition on appeal in the United States Court of Appeals for the Eighth Circuit. MR. JUSTICE DOUGLAS would deny the application.